PER CURIAM.
 

 Richard Wallace Kiburis appeals the revocation of his probation and resulting prison sentence. We affirm the judgment and sentence but remand for entry of a written order of revocation of probation.
 

 When Mr. Kiburis attempted to correct the trial court’s failure to render a separate written order of revocation by filing a motion pursuant to Florida Rule of Criminal Procedure 3.800(b), the trial court denied relief stating that “collectively, the judgment and sentence constitutes [sic] a sufficient written order revoking probation to facilitate appellate review of the revocation.” We do not agree.
 
 See Moschiano v. State,
 
 12 So.3d 922 (Fla. 2d DCA 2009);
 
 Dawkins v. State,
 
 936 So.2d 710 (Fla. 2d DCA 2006).
 

 Affirmed; remanded with instructions.
 

 CASANUEVA, C.J., and ALTENBERND and NORTHCUTT, JJ., concur.